

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:      Jose Luis Pizarro v. State

Appellate case number:   01-18-00434-CR

Trial court case number:  1464413D

Trial court:                   372nd District Court of Tarrant County

Date motion filed:          June 19, 2019

Party filing motion:        appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ _____Richard Hightower_____
☐ Acting Individually ☒ Acting for the Court

The panel consists of: Chief Justice Radack and Justices Higley and Hightower.


Date: _July 2, 2019_